| | |
|---|---|
| 1  GREGORY L. WILDE, ESQ.<br>Nevada Bar No. 4417<br>2  KEVIN S. SODERSTROM, ESQ.<br>Nevada Bar No. 10235<br>3  **WILDE & ASSOCIATES**<br>4  208 S. Jones Blvd.<br>Las Vegas NV 89107<br>5  Telephone (702) 258-8200<br>6  Facsimile (702) 258-8787<br>Attorney for Defendant<br>7  NATIONAL DEFAULT<br>8  SERVICING CORPORATION | E-filed on: 12-22-2009 |

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| STEPHEN W. LONG and CARI ANN LONG, Husband and Wife,<br><br>Plaintiffs<br><br>vs.<br><br>WELLS FARGO HOME MORTGAGE, INC., a Delaware corporation doing business under the fictitious name of AMERICA'S SERVICING CORPORATION, NATIONAL DEFAULT SERVICING CORPORATION, an Arizona corporation, FIRST HORIZON HOME LOAN SERVICES CORPORATION, a Kansas corporation, U.S. BANK NATIONAL ASSOCIATION, as Trustee for the Structured Asset Investment Loan Trust, 2006-3<br><br>Defendants. | Case No.: 3:09-cv-00077-BES-VPC<br><br>STIPULATION AND ORDER |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs, STEPHEN W. LONG and CARI ANN LONG and Defendant, NATIONAL DEFAULT SERVICING CORPORATION, by through their respective undersigned counsel of record:

P:\Cathy\PLEADINGS\District Court\NDSC adv. Long\SAD_Resp_Plaintiff's_Mtn.doc 1

That Defendant NATIONAL DEFAULT SERVICING CORPORATION shall have until February 1, 2010 to respond to Plaintiffs STEPHEN W. LONG and CARI ANN LONG's Motion for Summary Judgment.

DATED this 22nd day of December, 2009.         DATED this ___ day of December, 2009

**WILDE & ASSOCIATES**

*/s/ K. Soderstrom*                              */s/ Michael Lehners*

GREGORY L. WILDE, ESQ.                          MICHAEL LEHNERS, ESQ.
Nevada Bar No. 4417                             Nevada Bar No.
KEVIN S. SODERSTROM, ESQ.                       429 Marsh Ave. 3331
Nevada Bar No. 10235                            Reno, Nevada 89504
208 S. Jones Blvd.                              Attorney for Plaintiffs
Las Vegas NV 89107
Attorney for Defendant
NATIONAL DEFAULT
SERVICING CORPORATION

## ORDER

IT IS SO ORDERED.

DATED this _____ day of December, 2009.

_____
UNITED STATES DISTRICT COURT JUDGE

Submitted by:

**WILDE & ASSOCIATES**

*/s/ K. Soderstrom*

GREGORY L. WILDE, ESQ.
Nevada Bar No. 4417
KEVIN S. SODERSTROM, ESQ.
Nevada Bar No. 10235
208 S. Jones Boulevard
Las Vegas, NV 89107
Attorney for Defendant
NATIONAL DEFAULT SERVICING
CORPORATION

F:\Cathy\PLEADINGS\District Court\NDSC adv. Long\SAO_Resp_Plaintiff's_Mtn.doc 2

TOTAL P.03