SAO
GREGORY L. WILDE, ESQ.
Nevada Bar No. 4417
KEVIN S. SODERSTROM, ESQ.
Nevada Bar No. 10235
WILDE & ASSOCIATES
212 S. Jones Blvd.
Las Vegas NV 89107
Telephone: (702) 258-8200
Facsimile: (702) 258-8787

E-filed on:_____

Attorney for Defendant
NATIONAL DEFAULT
SERVICING CORPORATION

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| STEPHEN W. LONG and CARI ANN LONG, Husband and Wife,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO HOME MORTGAGE, INC., a Delaware corporation doing business under the fictitious name of AMERICAS'S SERVICING CORPORATION, NATIONAL DEFAULT SERVICING CORPORATION, an Arizona corporation, FIRST HORIZON HOME LOAN SERVICES CORPORATION, a Kansas corporation, U.S. BANK NATIONAL ASSOCIATION, as Trustee for the Structured Asset Investment Loan Trust, 2006-3<br><br>Defendants. | Case No.: 3:09-cv-00077-RCJ-VPC<br><br>Hearing:<br><br>Date: May 28, 2010<br>Time: 9:00 a.m. |

### THIRD AMENDED STIPULATION AND ORDER

COMES NOW National Default Servicing Corporation (hereinafter "NDSC"), and Plaintiff, by and through their counsel and agree as follows:

///

///

1

1) In as much as the parties are discussing settlement and the Court has set an oral argument for May 28, 2010 at 9:00 a.m. All discovery shall be suspended until after the Court rules on the Parties' pending Motion for Partial Summary Judgment as against NDSC.

2) If the parties do not promptly reach a settlement, NDSC shall have until May 3, 2010 to file a written opposition to the pending Motion for Partial Summary Judgment.

3) Plaintiff shall then have until May 10, 2010 to file a reply.

DATED this 12 day of APRIL, 2010    DATED this 12 day of APRIL, 2010

_____        _____
GREGORY L. WILDE, ESQ.              MICHAEL LEHNERS, ESQ.
Nevada Bar No. 4417                 Nevada Bar No.
212 S. Jones Boulevard              429 Marsh Ave. 3331
Las Vegas, NV 89107                 Reno, NV 89504
Attorney for Defendants             Attorney for Plaintiff

## ORDER

IT IS SO ORDERED.

DATED this _____ day of _____, 2010.

_____
UNITED STATES DISTRICT COURT JUDGE

Submitted by:

**WILDE & ASSOCIATES**

_____
GREGORY L. WILDE, ESQ.
Nevada Bar No. 4417
212 S. Jones Boulevard
Las Vegas, NV 89107
Attorney for Defendant

WILDE & ASSOCIATES
212 S. Jones Blvd
Las Vegas NV 89107
Tel 258-8200 Fax 258-8787

2