MICHAEL LEHNERS, ESQ.  DOCUMENT ECF:
429 MARSH AVENUE
RENO, NEVADA 89509
Bar No.003331
email: michaellehners@yahoo.com
(775) 786-1695
Attorney for: Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

oOo

STEPHEN W. LONG and CARI,
ANN LONG,

      CASE NO.: 3:09-cv-00077-BES-VPC

    Plaintiff,

vs.

WELLS FARGO HOME MORTGAGE
INC., , et al,
    Defendant.
_____/

### STIPULATION AND ORDER DISMISSING REMAINING CAUSES OF ACTION WITH PREJUDICE

    IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiffs, STEPHEN W. LONG and CARI ANN LONG, by and through their attorney, Michael Lehners, Esq., and Defendant, NATIONAL DEFAULT SERVICING CORPORATION by and through its attorney of record, Greg Wilde, Esq., of Wilde & Associates, hereby stipulation and agree as follows.

    1.    That all remaining causes of action pending in the above-entitled matter as to defendant, National Default Servicing Corporation are hereby dismissed with prejudice.

2. That each side shall bear their own respective attorney fees and costs.

DATED _____, 2010          DATED: 9-15-10, 2010

_____          _____
MICHAEL LEHNERS                    GREG WILDE, ESQ.
429 Marsh Avenue                   Wilde & Associates
Reno, NV 89509                     212 So. Jones Blvd.
Attorney for Plaintiffs            Las Vegas, NV 89107

**ORDER**

IT IS SO ORDERED:

DATED: This 1st day of October, 2010.

_____
UNITED STATES DISTRICT JUDGE